UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

**No. 1:22-cr-10186-RGS**

UNITED STATES OF AMERICA,
                                    Plaintiff

Vs.

JAMESA RANKINS
                                    Defendant

## **MOTION FOR JUDGMENT OF ACQUITTAL**

Now comes the defendant, Jamesa Rankins, the defendant who moves the court to enter its judgment of acquittal in the above-captioned case on each of the indictments at the close of the Government's case. As reasons therefor, the defendant states that the government has failed to present evidence that proves each and every element of the crimes charged against defendant as required by law in the light most favorable to the Government.

The defendant respectfully requests that the Court allow argument on behalf of the defendant at the close of the Government's case, given that the timing of the defense filing of the motion necessitates that it precedes the balance of the Commonwealth's evidence that is expected to be presented, that the defense has not determined whether a defense will be sustained, and because the defense has no opportunity to file this request on a more timely basis.

Wherefore, defendant prays this Court be moved to enter its order for judgment of acquittal of defendant on these charges against defendant and that these proceedings against defendant be terminated with prejudice, allow the defense to timely argue in defense of same, and to enter all other orders that are deemed lawful and appropriate to the court.

Respectfully Submitted,  
Jamesa Rankins  
By his counsel,

Date: 11/01/2023         /s/ Vivianne Jeruchim_____  
                         Vivianne Jeruchim, Esq.  
                         BBO #547598  
                         Jeruchim & Davenport, LLP  
                         50 Congress St., Suite 615  
                         Boston, MA  02109  
                         617/720-6047

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on November 1, 2023.

Date: 11/01/2023         /s/ Vivianne Jeruchim_____  
                         Vivianne Jeruchim, Esq.