# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JAMESA RANKINS

## EXHIBIT AND WITNESS LIST

Case Number: 22-cr-10186-RGS-1

| PRESIDING JUDGE Honorable Richard G. Stearns | PLAINTIFF'S ATTORNEY Carris, Panich | DEFENDANT'S ATTORNEY Jeruchim |
|---|---|---|
| TRIAL DATE (S) 10/30/2023 - 11/1/2023 | COURT REPORTER James Gibbons | COURTROOM DEPUTY Timothy R. Maynard |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/30/2023 | | Yes | Time & Attendance Records |
| 2 | | 10/30/2023 | | Yes | 2018 Application for UI |
| 2.1 | | 10/30/2023 | | Yes | 2018 Application Reopen for UI |
| 2.2 | | 10/30/2023 | | Yes | 2019 Application for UI |
| 2.3 | | 10/30/2023 | | Yes | UI Full Time Employment Doc |
| 2.4 | | 10/30/2023 | | Yes | 2020 Application for UI |
| 2.5 | | 10/30/2023 | | Yes | 2021 Application for UI |
| 3 | | 10/30/2023 | | Yes | How to Apply for UI Benefits PowerPoint |
| 4 | | 10/30/2023 | | Yes | How to Request Benefit Payments |
| 5.05 | | 10/30/2023 | | Yes | Claim from June 21, 2020 to June 27, 2020 |
| 5.12 | | 10/30/2023 | | Yes | Claim from August 9, 2020 to August 15, 2020 |
| 5.17 | | 10/30/2023 | | Yes | Claim from September 13, 2020 to September 19, 2020 |
| 6 | | 10/30/2023 | | Yes | DUA Payment History |
| 7 | | 10/30/2023 | | Yes | Payment history - Weeks Claimed 2020 |
| 8 | | 10/30/2023 | | Yes | AmEx DUA Direct Deposits June to October 2020 |
| 8.1 | | 10/30/2023 | | Yes | AmEx FED Salary Direct Deposit |
| 8.2 | | 10/30/2023 | | Yes | AmEx Casino Withdrawals |
| 9 | | 10/30/2023 | | Yes | Policies and Procedures on Replacement Money Orders |
| 10 | | 10/30/2023 | | Yes | SSAA Facilitator Guide - Module 5: Solutions (Money Orders) |
| 11 | | 10/30/2023 | | Yes | SSAA Module 5: Solutions Slides |
| 12 | | 10/30/2023 | | Yes | SSAA Module 10: Accountability Slides |
| 13 | | 10/30/2023 | | Yes | SSAA Module 12: Union Representation Slides |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 6 Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | VS. | JAMESA RANKINS | | CASE NO. 22-cr-10186-RGS-1 |
|---|---|---|---|---|---|
| **PLF. NO.** | **DEF. NO.** | **DATE OFFERED** | **MARKED** | **ADMITTED** | **DESCRIPTION OF EXHIBITS AND WITNESSES** |
| 14 | | 10/30/2023 | | Yes | PS Form 6401 |
| 15 | | 10/30/2023 | | Yes | Rankins Training Progress Report |
| | | | | | |
| | | | | | |
| | | | | | |
| 16.3 | | 10/31/2023 | | Yes | No Fee Money Orders 2017 |
| 16.4 | | 10/31/2023 | | Yes | No Fee Money Orders 2018 |
| 16.5 | | 10/31/2023 | | Yes | No Fee Money Orders 2019 |
| 16.6 | | 10/31/2023 | | Yes | No Fee Money Orders 2020 |
| 16.7 | | 10/31/2023 | | Yes | No Fee Money Orders 2021 |
| | | | | | |
| | | | | | |
| 16. | | 10/31/2023 | | Yes | (16.10) No Fee Money Order Chart |
| 17.1 | | 10/30/2023 | | Yes | PowerPoint of Replacement Money Orders (December 4, 2020 to January 5, 2021) |
| 17.2 | | 10/30/2023 | | Yes | Video of Dec. 4, 2020 for $434.00 (27056162880) |
| 17.3 | | 10/30/2023 | | Yes | Video of Dec. 4, 2020 for $945.00 (27056162981) |
| 17.4 | | 10/30/2023 | | Yes | Video of Dec. 4, 2020 for $559.00 (27056163093) |
| 17.5 | | 10/30/2023 | | Yes | Video of Dec. 4, 2020 for $50.00 (27056163148) |
| 17.6 | | 10/30/2023 | | Yes | Video of Dec. 4, 2020 for $560.00 (27056163238) |
| 17.7 | | 10/30/2023 | | Yes | Video of Dec. 4, 2020 for $1000.00 (27056163341) |
| 17.8 | | 10/30/2023 | | Yes | Video of Dec. 5, 2020 for $1000.00 (27056163677) |
| 17.9 | | 10/30/2023 | | Yes | Video of Dec. 11, 2020 for $530.00 (27056164331) |
| 17. | | 10/30/2023 | | Yes | (17.10) Video of Dec. 12, 2020 for $422.00 (27056164476) |
| 17. | | 10/30/2023 | | Yes | (17.11) Video of Dec. 12, 2020 for $935.00 (27056164544) |
| 17. | | 10/30/2023 | | Yes | (17.12) Video of Dec. 12, 2020 for $525.00 (27056164588) |
| 17. | | 10/30/2023 | | Yes | (17.13) Video of Dec. 15, 2020 for $1000.00 (27056164871) |
| 17. | | 10/30/2023 | | Yes | (17.14) Video of Dec. 16, 2020 for $800.00 (27056165242) |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | vs. | JAMESA RANKINS | | CASE NO. 22-cr-10186-RGS-1 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 17. | | 10/30/2023 | | Yes | (17.15) Video of Dec. 18, 2020 for $1000.00 (27056165275) |
| 17. | | 10/30/2023 | | Yes | (17.16) Video of Dec. 18, 2020 for $1000.00 & $500.00 (27056165387) |
| 17. | | 10/30/2023 | | Yes | (17.17) Video of Dec. 19, 2020 for $65.00 (27056165567) |
| 17. | | 10/30/2023 | | Yes | (17.18) Video of Dec. 19, 2020 for $502.48 (27056165523) |
| 17. | | 10/30/2023 | | Yes | (17.19) Video of Dec. 22, 2020 for $182.00 (27056165916) |
| 17. | | 10/30/2023 | | Yes | (17.20) Video of Dec. 22, 2020 for $560.00 (27056165951) |
| 17. | | 10/30/2023 | | Yes | (17.21) Video of Dec. 23, 2020 for $580.00 (27056168212) |
| 17. | | 10/30/2023 | | Yes | (17.22) Video of Dec. 23, 2020 for $300.00 (27056168234) |
| 17. | | 10/30/2023 | | Yes | (17.23) Video of Dec. 24, 2020 for $1000.00 (27056168335) |
| 17. | | 10/30/2023 | | Yes | (17.24) Video of Dec. 24, 2020 for $802.60 (27056168346) |
| 17. | | 10/30/2023 | | Yes | (17.25) Video of Dec. 26, 2020 for $560.00 (27056168458) |
| 17. | | 10/30/2023 | | Yes | (17.26) Video of Dec. 26, 2020 for $1000.00 (27056168460) |
| 17. | | 10/30/2023 | | Yes | (17.27) Video of Dec. 26, 2020 for $1000.00 (27056162548) |
| 17. | | 10/30/2023 | | Yes | (17.28) Video of Dec. 26, 2020 for $900.00 (27056168605) |
| 17. | | 10/30/2023 | | Yes | (17.29) Video of Dec. 28, 2020 for $700.00 (27056168717) |
| 17. | | 10/30/2023 | | Yes | (17.30) Video of Dec. 28, 2020 for $1000.00 (27056168807) |
| 17. | | 10/30/2023 | | Yes | (17.31) Video of Dec. 28, 2020 for $1000.00 (27056168886) |
| 17. | | 10/30/2023 | | Yes | (17.32) Video of Dec. 30, 2020 for $407.00 (27056169393) |
| 17. | | 10/30/2023 | | Yes | (17.33) Video of Dec. 30, 2020 for $500.00 (27056169224) |
| 17. | | 10/30/2023 | | Yes | (17.34) Video of Dec. 31, 2020 for $928.00 (27056169764) |
| 17. | | 10/30/2023 | | Yes | (17.35) Video of Jan. 1, 2021 for $995.00 (27056172148) |
| 17. | | 10/30/2023 | | Yes | (17.36) Video of Jan. 2, 2021 for $540.00 (27056172251) |
| 17. | | 10/30/2023 | | Yes | (17.37) Video of Jan. 2, 2021 for $1000.00 (27056172374) |
| 17. | | 10/30/2023 | | Yes | (17.38) Video of Jan. 2, 2021 for $683.00 (27056172576) |
| 17. | | 10/30/2023 | | Yes | (17.39) Video of Jan. 4, 2021 for $812.00 (27056172914) |
| 17. | | 10/30/2023 | | Yes | (17.40) Video of Jan. 4, 2021 for $866.00 (27056172936) |
| 17. | | 10/30/2023 | | Yes | (17.41) Video of Jan. 4, 2021 for $700.00 (27056173228) |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | vs. | | JAMESA RANKINS | CASE NO. 22-cr-10186-RGS-1 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 17. | | 10/30/2023 | | Yes | (17.42) Video of Jan. 4, 2021 for $532.00 (27056173500) |
| 17. | | 10/30/2023 | | Yes | (17.43) Video of Jan. 4, 2021 for $995.00 (27056173522) |
| 17. | | 10/30/2023 | | Yes | (17.44) Video of Jan. 5, 2021 for $1000.00 (27056173702) |
| 17. | | 10/30/2023 | | Yes | (17.45) Video of Jan. 5, 2021 for $555.00 (27056173746) |
| 18 | | 10/30/2023 | | Yes | All Replacement Money Order Images |
| 19 | | 10/30/2023 | | Yes | Money Order Original for $560.00 on 12.04.2020 |
| 20 | | 10/30/2023 | | Yes | Money Order Replacement for $560.00 on 12.04.2020 |
| 21 | | 10/30/2023 | | Yes | Money Order Original for $530.00 on 12.11.2020 |
| 22 | | 10/30/2023 | | Yes | Money Order Replacement for $530.00 on 12.11.2020 |
| 23 | | 10/30/2023 | | Yes | Money Order Original for $422.00 on 12.12.2020 |
| 24 | | 10/30/2023 | | Yes | Money Order Replacement for $422.00 on 12.12.2020 |
| 25 | | 10/30/2023 | | Yes | Money Order Original for $580.00 on 12.23.2020 |
| 26 | | 10/30/2023 | | Yes | Money Order Replacement for $580.00 on 12.23.2020 |
| 27 | | 10/30/2023 | | Yes | Money Order Original for $1000.00 on 12.26.2020 |
| 28 | | 10/30/2023 | | Yes | Money Order Replacement for $1000.00 on 12.26.2020 |
| 29 | | 10/30/2023 | | Yes | Money Order Original for $1000.00 on 12.26.2020 (2) |
| 30 | | 10/30/2023 | | Yes | Money Order Replacement for $1000.00 on 12.26.2020 (2) |
| 31 | | 10/30/2023 | | Yes | Video of Customer Purchasing MO for $300.00 later replaced on 12.23.2020 |
| 32 | | 10/30/2023 | | Yes | Money Order Original Receipt for $300.00 on 12.23.2020 |
| 33 | | 10/30/2023 | | Yes | Money Order Replacement for $300.00 on 12.23.2020 |
| 34 | | 10/31/2023 | | Yes | 6401 Information for 7 Money Order Transactions |
| 35 | | 10/31/2023 | | Yes | 2020.12.04 Transaction and Tender Report |
| 35.1 | | 10/31/2023 | | Yes | 2020.12.11 Transaction and Tender Report |
| 35.2 | | 10/31/2023 | | Yes | 2020.12.12 Transaction and Tender Report |
| 35.3 | | 10/31/2023 | | Yes | 2020.12.23 Transaction and Tender Report |
| 35.4 | | 10/31/2023 | | Yes | 2020.12.26 Transaction and Tender Report |
| 36 | | 10/30/2023 | | Yes | Sprint CDRs |

| UNITED STATES OF AMERICA | | vs. | | JAMESA RANKINS | CASE NO. 22-cr-10186-RGS-1 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 36.1 | | 10/30/2023 | | Yes | Rockland Trust Signature Card |
| 37 | | 10/30/2023 | | Yes | American Check Cashing Surveillance Videos for Dec. 24, 2020 |
| 37.1 | | 10/30/2023 | | Yes | American Check Cashing Surveillance Videos for Dec. 24, 2020 |
| 37.2 | | 10/30/2023 | | Yes | American Check Cashing Surveillance Videos for Dec. 24, 2020 |
| 38 | | 10/30/2023 | | Yes | American Check Cashing Surveillance Videos for Dec. 26, 2020 |
| 38.1 | | 10/30/2023 | | Yes | American Check Cashing Surveillance Videos for Dec. 26, 2020 |
| 38.2 | | 10/30/2023 | | Yes | American Check Cashing Surveillance Videos for Dec. 26, 2020 |
| 39 | | 10/30/2023 | | Yes | PPP Application |
| 40 | | 10/31/2023 | | Yes | Bank Statement for City Line Cash Services Provided with PPP Application |
| 41 | | 10/31/2023 | | Yes | American Express Card x9923 Account Summary Provided with PPP Application |
| 42 | | 10/30/2023 | | Yes | Wells Fargo Statements PPP Deposit |
| 42.1 | | 10/30/2023 | | Yes | Wells Fargo Deposits MO Deposits |
| 43 | | 10/30/2023 | | Yes | Wells Fargo Money Order Images |
| 44 | | 10/30/2023 | | Yes | Stop & Shop Money Order Records |
| 45 | | 10/30/2023 | | Yes | Amazon Compliance Report |
| 46 | | 10/30/2023 | | Yes | Jamesa Rankins Interview |
| 47 | | 10/31/2023 | | Yes | Postal Loss Table |
| 48 | | 10/30/2023 | | Yes | Jamesa Rankins DUA Event Log |
| 49 | | 10/30/2023 | | Yes | Jamesa Rankins DUA IP Log |
| 50 | | 10/30/2023 | | Yes | American Check Cashing Money Order Images |
| WIT | | 10/30/2023 | | | Government calls witness Danielle Allen, Brockton, MA |
| WIT | | 10/30/2023 | | | Government calls witness Andrew Devney, Boston, MA |
| 5.00 | | 10/30/2023 | | Yes | Claim from May 17, 2020 to May 23, 2020 |
| 5.01 | | 10/30/2023 | | Yes | Claim from May 24, 2020 to May 30, 2020 |
| WIT | | 10/30/2023 | | | Government calls witness William Patterson, Boston, MA |
| WIT | | 10/30/2023 | | | Government calls witness Jenny Haehn, Seattle, WA |
| WIT | | 10/31/2023 | | | Government calls witness Matthew Hassey, Hyannis, MA |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | UNITED STATES OF AMERICA vs. JAMESA RANKINS — CASE NO. 22-cr-10186-RGS-1 |
| WIT | | 10/31/2023 | | | Government calls witness Jason Manning, Boston, MA |
| WIT | | 11/1/2023 | | | Government calls witness Roselyse Louis, Brockton, MA |
| WIT | | 11/1/2023 | | | Government calls witness Nader Sidhom Norwood, MA |